ACCEPTED
03-13-00509-CR
6615647
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/24/2015 10:09:27 AM
JEFFREY D. KYLE
CLERK

03-13-00509-CR

IN THE
TEXAS COURT OF APPEALS
THIRD DISTRICT, OF AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/24/2015 10:09:27 AM
JEFFREY D. KYLE
Clerk

TERRY ATKINS
*Petitioner*,

v.

THE STATE OF TEXAS,
*Respondent.*

**MOTION FOR EXTENSION OF TIME
TO FILE MOTION FOR REHEARING**

TO THE HONORABLE TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN:

Petitioner files this Motion for Extension of Time to File Motion for Rehearing under Fed. R. App. P. 40(a)(1). In support of this motion, Petitioner shows the following:

1. The Court of Appeals for the Third District of Texas in Austin rendered its opinion and judgment in Terry Atkins v. The State of Texas, No. 03-13-00509-CR, on July 24, 2015.

2. Petitioner requests an e xtension of time for a rehearing. The deadline for filing a Petition for Rehearing on the above styled case was August 6, 2015. This is Petitioner's request for an extension of 30 days in this case.

3. Petitioner relies on the following facts as a reasonable explanation for the requested extension of time to have a rehearing on the opinion and judgment;

Petitioner's counsel needs more time to research the points of law and facts that the panel overlooked or misapprehended the pivotal effect of a new precedential decision and statute and the issue of exceptional importance that calls out for *en banc* attention.

4. The undersigned has conferred with opposing counsel, Kathryn Scales, who indicated there was no opposition to this request.

Therefore, Petitioner prays that this Court grant this Motion for Extension of Time on Filing the Motion for Rehearing.

Respectfully submitted,

/s/Amber Vazquez Bode
Amber Vazquez Bode
SBN: 24039225
1004 West Ave.
Austin, Texas 78701
512-220-8507
512-480-0760
amberv@lawyers.com

## CERTIFICATE OF CONFERENCE

As required by Tex. R. App. P. 10.1(a)(5), I certify that I have conferred with Kathryn Scales, Assistant District Attorney who has indicated that this motion is unopposed, and Lisa McMinn, State Prosecuting Attorney who counsel has contacted but is pending response.

/s/Amber Vazquez Bode
Amber Vazquez Bode

# CERTIFICATE OF
# SERVICE

I certify that, on August 21, 2015, I served a copy of this motion by electronic filing and First Class, United States mail on the following:

The Honorable Lisa C. McMinn
State Prosecuting Attorney
P.O. Box 13046
Austin, TX 78711

The Honorable Velva L. Price
Criminal District Clerk
P.O. BOX 1748
Austin, TX 78767

Ms. Kathryn A. Scales
Assistant District Attorney
PO Box 1748
Austin, TX 78767-1748


                                        /s/ Amber Vazquez Bode
                                        Amber Vazquez Bode